AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| EMILIO PINERO <br><br> *Plaintiff(s)* <br> v. <br> D&G PROPERTIES, INC. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.  **14-cv-23794 CMA** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   D&G PROPERTIES, INC.
Reg agent: GROH, ANA MMS.
16200 SW 172 AVE
MIAMI, FL 33187

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   LAUREN N WASSENBERG
429 LENOX AVE STE P 503
MIAMI BEACH FL 33139
FAX 8665193748

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: **OCT 15, 2014**



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Crystal Barnes-Butler
Deputy Clerk
U.S. District Courts